# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146423 & (17)(18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

                                         SC: 146423
                                         COA: 309988
                                         Muskegon CC: 98-042530-FC

KAWAN A. PAYNE,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 17, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motions to remand are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



                                        Clerk

p0617